UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE L. DUNCAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07CV1799 AGF ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss the case [Doc. #3] is **DENIED** as moot in light of the filing by Plaintiff of an amended complaint.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of November, 2007.